**FILED**

OCT 3 0 2007
OCT 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE JOAN H. LEFKOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No.    07 CR 461 |
| v. | ) Violations: Title 18, United States Code |
| | ) Sections 2113(a) and (d), 922(g)(1), 924(c), |
| TONISHA DENISE WILLIAMS | ) 924(e) and 2. |
| DENARD GRAYSON | ) |
| ANTHONY THOMAS | ) Judge Lefkow |
| | ) |
| | ) **Superseding Indictment** |

MAGISTRATE JUDGE ASHMAN

## COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about July 8, 2006, at Willow Springs, in the Northern District of Illinois,

Eastern Division,

TONISHA DENISE WILLIAMS and
DENARD GRAYSON,

defendants herein, by force and violence and by intimidation, did take from the person and

presence of bank employees approximately $4,881 in United States currency belonging to

and in the care, custody, control, management, and possession of the First Bank, 8480 South

Archer, Willow Springs, Illinois, the deposits of which were then insured by the Federal

Deposit Insurance Corporation, and in committing said offense,

TONISHA DENISE WILLIAMS and
DENARD GRAYSON,

defendants herein, assaulted and put into jeopardy the life of persons by the use of dangerous

weapons, namely a firearm;

In violation of Title 18, United States Code, Sections 2113(a) and (d) and 2 and

ANTHONY THOMAS,

defendant herein, did knowingly aid and abet defendants TONISHA DENISE WILLIAMS

and DENARD GRAYSON in the commission of the above said offense;

In violation of Title 18, United States Code, Sections 2113(a) and (d) and 2.

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about July 8, 2006, at Willow Springs, in the Northern District of Illinois, Eastern Division,

### TONISHA DENISE WILLIAMS,

defendant herein, did knowingly possess, carry and brandish a firearm, a Rossi brand handgun, 357 caliber revolver, serial number F145468, during and in relation to the commission of a crime of violence, namely a bank robbery in violation of Title 18, United States Code, Sections 2113(a) and 2113(d), as more fully described in Count One of this superseding indictment, which crime may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT THREE

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about July 8, 2006, at Willow Springs, in the Northern District of Illinois,

Eastern Division,

### DENARD GRAYSON,

defendant herein, did knowingly possess, carry and brandish a firearm, a Rossi brand

handgun, 357 caliber revolver, serial number F145468, during and in relation to the

commission of a crime of violence, namely a bank robbery in violation of Title 18, United

States Code, Sections 2113(a) and 2113(d), as more fully described in Count One of this

superseding indictment, which crime may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

4

## COUNT FOUR

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about July 8, 2006, at Willow Springs, in the Northern District of Illinois, Eastern Division,

### ANTHONY THOMAS,

defendant herein, did knowingly possess, carry and brandish a firearm, a Rossi brand handgun, 357 caliber revolver, serial number F145468, during and in relation to the commission of a crime of violence, namely a bank robbery in violation of Title 18, United States Code, Sections 2113(a) and 2113(d), as more fully described in Count One of this superseding indictment, which crime may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FIVE

The SPECIAL AUGUST 2006 GRAND JURY charges:

On or about July 8, 2006, at Chicago, in the Northern District of Illinois, Eastern

Division,

### ANTHONY THOMAS,

defendant herein, having previously been convicted of a crime punishable by a term of

imprisonment exceeding one year, did knowingly possess a firearm, namely:

A Rossi brand, .357 caliber revolver, serial number F145468,

which possession was in and affecting interstate commerce in that the firearm had been

transported in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL AUGUST 2006 GRAND JURY further charges:

1.    The allegations contained Counts Two through Five of this Superseding Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.    As a result of the violations of Title 18, United States Code, Sections 922(g)(1) and 924 (c) (1)(A), as alleged in the foregoing Indictment,

> TONISHA DENISE WILLIAMS
> DENARD GRAYSON
> ANTHONY THOMAS,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest they may have in any property involved in the charged offense.

3.    The interest of the defendants subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one Rossi brand, .357 caliber revolver, serial number F145468 and ammunition;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).


_____
FOREPERSON

_____
UNITED STATES ATTORNEY

7