UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*Felony* L.I.

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES **X** If the answer is "Yes", list the case number and title of the earliest filed complaint: 07 CR 461, *U.S. v.* Tonisha Denise Williams **ASHMAN**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **JUDGE JOAN H. LEFKOW**
   NO ☐ YES **X** If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   US v. Tonisha Denise Williams    Lefkow

3) Is this re-filing of a previously dismissed indictment or information? NO **X** YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   **MAGISTRATE JUDGE ASHMAN**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO **X** YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?
   NO **X** YES ☐

6) What level of offense is this indictment or information? FELONY **X** MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO **X** YES ☐

8) Does this indictment or information include a conspiracy count? NO **X** YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .................... (II) | ☐ Income Tax Fraud ............... (II) | ☐ DAPCA Controlled Substances ........ (III) |
| ☐ Criminal Antitrust ............ (II) | ☐ Postal Fraud .................. (II) | ☐ Miscellaneous General Offenses (IV) |
| **X** Bank robbery ................. (II) | ☐ Other Fraud .................. (III) | ☐ Immigration Laws .............. (IV) |
| ☐ Post Office Robbery ........... (II) | ☐ Auto Theft ................... (IV) | ☐ Liquor, Internal Revenue Laws ....... (IV) |
| ☐ Other Robbery ................ (II) | ☐ Transporting Forged Securities ...... (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault .................... (III) | ☐ Forgery ..................... (III) | ☐ Motor Carrier Act .............. (IV) |
| ☐ Burglary ................... (IV) | ☐ Counterfeiting ................ (III) | ☐ Selective Service Act ............ (IV) |
| ☐ Larceny and Theft ............ (IV) | ☐ Sex Offenses ................. (II) | ☐ Obscene Mail ................ (III) |
| ☐ Postal Embezzlement .......... (IV) | ☐ DAPCA Marijuana ............. (III) | ☐ Other Federal Statutes ........... (III) |
| ☐ Other Embezzlement .......... (III) | ☐ DAPCA Narcotics .............. (III) | ☐ Transfer of Probation Jurisdiction ..... (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18 USC §§ 2113(a) and (d)
Title 18 USC § 924(c)

_____
Assistant United States Attorney

**FILED**
OCT 3 0 2007
OCT 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT