# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461 - 2 | **DATE** | 11/2/2007 |
| **CASE TITLE** | USA vs. Denard Grayson | | |

**DOCKET ENTRY TEXT**

Arraignment on superceding indictment as to defendant Denard Grayson having been reset to 11/7/2007 at 9:30 a.m. by agreement before Judge Joan H. Lefkow in Courtroom 1925, arraignment of 11/7/2007 before Judge Martin C. Ashman is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|