## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                          Case No.: 1:07−cr−00461
                                          Honorable Joan H. Lefkow

Tonisha Denise Williams, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2007:

      MINUTE entry before Judge Joan H. Lefkow as to Denard Grayson: Arraignment held on superceding indictment. Defendant acknowledges receipt of superceding indictment, waives formal reading, and enters a plea of not guilty. Defendant's pretrial motions are to be filed by 12/5/2007. Status hearing set for 12/5/2007 at 09:30 AM. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 11/7/2007 through 12/5/2007 is excluded pursuant to 18.3161(h)(8)(A)(B). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.