**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                              Case No.: 1:07−cr−00461
                                                        Honorable Joan H. Lefkow

Tonisha Denise Williams, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2008:

      MINUTE entry before Judge Joan H. Lefkow as to Denard Grayson: Status hearing of 2/25/2008 stricken and reset to 3/5/2008 at 09:45 AM. In the interest of justice, the period beginning 2/25/2008 through 3/5/2008 is excluded pursuant to 18.3161(h)(8)(A)(B). Mailed and telephoned notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.