# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461 - 2 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. Denard Grayson | | |

**DOCKET ENTRY TEXT**

Status hearing held reset to 4/8/2008 at 9:15 a.m. by agreement. Date by which all defendants in this case may file pretrial motions is extended to 4/8/2008. The period beginning 3/5/2008 through 4/8/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|