# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461 - 1, 2, 3 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Williams, Greyson, Thomas | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/11/2008 at 9:30 a.m.  Defendant Williams' oral motion to modify conditions of bond to allow her to travel within the Northern District of Indiana and the Northern District of Illinois is granted.  Any further modifications of conditions of bond regarding defendant taking up residency in Indiana needs to be agreed to by the government and pretrial services, and if so agreed, a draft order shall be submitted to chambers.  Oral motion of the government to exclude time is granted. The period beginning 5/14/2008 through 6/11/2008 is excluded pursuant to 18.1361(h)(8)(A)(B).   X-T

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | MD |
|---|---|---|