# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461 - 1, 2, 3 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Williams, Grayson, Thomas | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/6/2008 at 9:30 a.m. for report on the possibility of changes of plea. Trial is set for 12/1/2008 at 9:30 a.m. Pretrial submissions due by 11/10/2008. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 6/11/2008 through 12/1/2008 is excluded pursuant to 18.3161(h)(8)(A)(B).

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | MD |
|---|---|---|