## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                    Case No.: 1:07−cr−00461
                                             Honorable Joan H. Lefkow

Tonisha Denise Williams, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow as to Tonisha Denise Williams, Denard Grayson, Anthony Thomas: Trial has been set for 12/1/2008. Parties are each to submit to chambers by 11/10/2008 the following: proposed voir dire, proposed jury instructions, list of all witnesses to be called, a brief agreed statement summarizing the case to be read to the jury, and any motions to exclude. Any required disclosures (e.g., Giglio, Brady) not yet made must be made by 11/10/2008. Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.