## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 461 - 1, 2, 3 | **DATE** | 7/28/2008 |
| **CASE TITLE** | USA vs. Williams, Grayson, Thomas | | |

**DOCKET ENTRY TEXT**

Status hearing of 8/6/2008 as to all defendants is stricken and reset to 8/27/2008 at 9:30 a.m. for report on the possibility of changes of plea.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|