UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TONISHA DENISE WILLIAMS<br>DENARD GRAYSON<br>ANTHONY THOMAS | No. 07 CR 461<br><br>Judge Joan H. Lefkow |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, September 24, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Joan H. Lefkow in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 1925, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **MOTION FOR AN ORDER RELATING TO TELEPHONE NUMBER 773-454-5858**, at which time and place you may appear if you see fit.

By    /s/ Bethany K. Biesenthal
BETHANY K. BIESENTHAL
DANIEL MAY
Assistant U.S. Attorney
219 South Dearborn
Chicago, Illinois  60604
(312) 886-7629